IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OCEAN CONSERVANCY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant.<br>                                        / | No. C 04-01319 WHA<br><br>**ORDER LIFTING STAY AND SETTING SCHEDULE FOR SUMMARY JUDGMENT** |

      By order dated December 15, 2005, the Court approved the stipulated temporary stay of all proceedings in this matter until September 1, 2005. The parties now jointly request an extension of the stay until June 1, 2006, as the anticipated revisions to the State of California's list of impaired waters have been delayed. Because the Court wishes to avoid indefinitely staying this action pending these changes, this request is **DENIED**. The stay is now **LIFTED**. Unless the parties stipulate to dismissal of this action, the following schedule shall be adopted:

1.     The deadline for filing a summary judgment motion shall be **OCTOBER 13, 2005**.

2.     The deadline for filing an opposition brief shall be **DECEMBER 15, 2005**.

3.     The reply brief, if any, shall be due **JANUARY 12, 2006**.

3.     The hearing on this motion shall be held on **JANUARY 26, 2006 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: September 1, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE