```
 1  Deborah A. Sivas   (CA Bar. No. 135446)
    STANFORD LAW SCHOOL
 2      ENVIRONMENTAL LAW CLINIC
    559 Nathan Abbott Way
 3  Stanford, California 94305-86120
    Telephone: (650) 725-4217
 4  Facsimile:  (650) 725-8509

 5  Attorneys for Plaintiff
    THE OCEAN CONSERVANCY
 6
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE OCEAN CONSERVANCY, ) | No. C 04 1319 WHA |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE AND REQUEST FOR** |
| v. ) | **SUBSTITUTION OF ATTORNEY;** |
| ) | **[PROPOSED] ORDER THEREON** |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| Defendant. ) | |

To defendant UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and to the above-entitled court:

NOTICE IS HEREBY GIVEN that plaintiff THE OCEAN CONSERVANCY will, and does hereby, request leave of court to substitute the STANFORD LAW SCHOOL ENVIRONMENTAL LAW CLINIC, by DEBORAH A. SIVAS, whose contact information appears above, as its attorney of record herein in place and in stead of EARTHJUSTICE.

Dated: September 30, 2005                          THE OCEAN CONSERVANCY


                                                    by /s/ *David W. Hoskins*
                                                       Plaintiff

//
//
//

1     I agree to the foregoing Substitution.

2 Dated: October 5, 2005                                          EARTHJUSTICE

by /s/ *Deborah A. Sivas*
    Deborah A. Sivas
    Former Attorney

7     I accept the foregoing Substitution.

8 Dated: October 5, 2005                                          STANFORD LAW SCHOOL
                                                                         ENVIRONMENTAL LAW CLINIC

by /s/ *Deborah A. Sivas*
    Deborah A. Sivas
    Attorney for Plaintiff

14     **IT IS SO ORDERED.**

15 Dated: October 5, 2005

                                                                           JUDGE OF THE DISTRICT COURT