1  Deborah A. Sivas (CSB No. 135446)
   Holly D. Gordon (CSB No. 226888)
2  STANFORD LAW SCHOOL
    ENVIRONMENTAL LAW CLINIC
3  Crown Quadrangle
   559 Nathan Abbott Way
4  Stanford, California  94305-8610
   Telephone:  (650) 723-0325
5  Facsimile:   (650)725-8509

6
   Attorneys for Plaintiffs THE
7  OCEAN CONSERVANCY

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 THE OCEAN CONSERVANCY,            )   Case No.  C 04-1319 WHA
                                     )
14         Plaintiff,                )
                                     )
15    v.                             )   **PLAINTIFFS' UNOPPOSED MOTION**
                                     )   **FOR VOLUNTARY DISMISSAL**
16 UNITED STATES ENVIRONMENTAL       )   **WITHOUT PREJUDICE AND**
   PROTECTION AGENCY,                )   [PROPOSED] **ORDER**
17                                   )
                                     )
18         Defendant.                )
                                     )
19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND [PROPOSED] ORDER– Case No. C 04-1319 WHA                           - 1 -

Pursuant to Federal Rule of Civil Procedure 41(a), this Court's October 6, 2005 Order in this case, and the Settlement Agreement attached hereto as Exhibit A, Plaintiff The Ocean Conservancy hereby moves for voluntary dismissal of this matter without prejudice. In accordance with the terms of the Settlement Agreement, Defendant United States Environmental Protection Agency ("EPA") does not oppose dismissal of this action without prejudice.

DATED: November 30, 2005            Respectfully submitted,

_____/s/_____
DEBORAH A. SIVAS
Stanford Law School Environmental Law Clinic
Crown Quadrangle
555 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 723-0325
Facsimile:  (650) 725-8509

Counsel for The Ocean Conservancy

The Court retains jurisdiction to enforce the settlement agreement for only one year.

IT IS SO ORDERED.

Date: November 30, 2005

_____
HONORABLE WILLIAM ALSUP
United States District Judge

[Stamp: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]